UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

MCNAMEE, LOCHNER, TITUS &
WILLIAMS, P.C.

                                                 Plaintiff,

    **-v.-**

                                             Civil Action No.
                                         1:13-mc-27 (GLS/CFH)

CAROLYN MAYORGA, on behalf
of herself and all others similarly situated

                                               Defendant.

--------------------------------------------------------------------------------

APPEARANCES:                              OF COUNSEL:

**FOR THE PLAINTIFF:**

O'Connor, O'Connor Law Firm         DIANNE C. BRESEE, ESQ.
20 Corporate Woods Boulevard
Albany, New York 1221

**FOR THE DEFENDANT:**

Office of Brian L. Bromberg            BRIAN L. BROMBERG, ESQ.
40 Exchange Place
Suite 2010
New York, New York 10005


GARY L. SHARPE,
CHIEF JUDGE

# **ORDER**

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Christian F. Hummel, duly filed July

17, 2013. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Christian F. Hummel filed July 17, 2013 (Dkt. No. 8) is ACCEPTED in its entirety for the reasons state therein; and it is further

ORDERED that MLTW's motion to quash Mayorga's document subpoena and seeking a protective order (Dkt. No. 1) is GRANTED and Mayorga is granted leave to serve a new subpoena on MLTW if class certification occurs in the Mayorga Action; and it is further

ORDERED, that the Clerk of the Court is to mail copies of the Order to the parties in accordance with the court's local rules.

IT IS SO ORDERED.

Dated: August 26, 2013
         Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
Chief Judge
U.S. District Court